**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 241 WAL 2022
                       Respondent    :
                          :
                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court
            v.              :
                          :
                          :
WILLIAM LOWERY,                  :
                          :
                  Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.